UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TIMOTHY EARL FIELDS,

    Defendant.
_____ /

No. 13-20386

District Judge John Corbett O'Meara

Magistrate Judge R. Steven Whalen

## ORDER

On September 25, 2013, counsel for the parties appeared for argument on Defendant's Motion to Compel Discovery [Doc. #16]. At that time, counsel indicated that the issues raised in said motion had been resolved, and placed the terms of the resolution on the record.

Accordingly, Defendant's Motion to Compel Discovery [Doc. #16] is DENIED AS MOOT, WITHOUT PREJUDICE, under the terms stated on the record on September 25, 2013.

IT IS SO ORDERED.

September 25, 2013
          s/ R, Steven Whalen
          R. STEVEN WHALEN
          UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on September 25, 2013, electronically and/or by U.S. mail.

          s/Michael Williams
          Case Manager for the
          Honorable R. Steven Whalen